

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-14-00756-CR

**THE STATE OF TEXAS,**
Appellant

v.

Courven Terrel **THOMAS**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-14-0533
Honorable Frank Follis, Judge Presiding

## O R D E R

On January 16, 2015, we abated and remanded the case to the trial court to prepare findings and fact and conclusions of law in accordance with *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). On February 13, 2015, the trial court clerk filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we REINSTATE the case on the docket of this court and ORDER the State to file its appellant's brief no later than 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court